UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA                       :

               -v-                                    :       <u>1:15- cr-616-KBF-3</u>

CHRISTOPHER GOFF,
                                                                :

    Defendant
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that **Kenneth C. Murphy,** a partner with the firm of Simon & Partners LLP, duly admitted to practice law in the United States District Court for the Southern District of New York since 2001, hereby appears as co-counsel for **Defendant Christopher Goff** in the above-referenced action and hereby requests notice of all matters in these actions.

Dated: New York, New York
         October 1, 2015

                                                /s/Kenneth C. Murphy
                                                Kenneth C. Murphy (KM-9330)
                                                SIMON & PARTNERS, LLP
                                                551 Fifth Avenue, 31st Floor
                                                New York, NY 10176
                                                T) (212) 332-8900
                                                F) (212) 332-8909
                                                kcmurphy@simonlawyers.com

                                                *Attorney for Defendant,*
                                                *Christopher Goff*