USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 8, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA              :
: 15 Cr. 616 (KBF)
   - v. -                             :
: ORDER
:
CHRISTOPHER GOFF, and                 :
JASON LEE,                            :
:
                Defendants.   :
------------------------------------------------------------------------X

**KATHERINE B. FORREST**, United States District Judge:

Pursuant to a proceeding with the Court on 8/3/2017, it is hereby ORDERED as follows:

- Trial shall commence 1/22/2018, at 9:00 a.m.

- The final pretrial conference is scheduled for 1/17/2018, at 1:00 p.m.

- Any additional Rule 404(b) Notices shall be provided to defendants not later than 12/22/2017.

- Pretrial materials, including proposed *voir dire*, proposed jury instructions, proposed stipulations, as well as witness and exhibit lists shall be filed not later than 1/12/2018.

- Motions *in limine* shall be filed not later than 1/5/2018. Responses are due and the motions will be fully briefed not later than 1/12/2018.

- Upon application of the Government and consented to by the defendants, and as set forth on the record, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from 8/3/2017 to 1/22/2018. The Court

finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and the defendants in a speedy trial.

SO ORDERED:

Dated:   New York, New York
         August 8, 2017

_____
KATHERINE B. FORREST
United States District Judge