USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 11, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                :

UNITED STATES OF AMERICA                    :

                                               :        S3 15 Cr. 616 (KBF)

   - v. -                                           :

                                               :           ORDER

CHRISTOPHER GOFF and                    :
JASON LEE,                                         :

                                             :

                       Defendants.       :
-----------------------------------------------------------------X

KATHERINE B. FORREST, United States District Judge:

       The Court would like the parties' best estimate as to the likely duration of this trial.  Based upon the progress of the most recent <u>Wedd</u> trial, the Court believes that evidence in the Goff/Lee trial is likely to be in within one week.

       SO ORDERED:

Dated:      New York, New York
               December 11, 2017

                                            _____
                                              KATHERINE B. FORREST
                                             United States District Judge