

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 12, 2017

**BY ECF**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: **United States** v. **Darcy Wedd, et al.,**
      **S3 15 Cr. 616** (KBF)

Dear Judge Forrest:

   The Government writes in response to the Court's order of December 11, 2017, seeking the parties' best estimate of the expected duration of the trial of defendants Christopher Goff and Jason Lee, which is currently scheduled to begin on January 22, 2017.

   Given the number of defendants and the nature and complexity of the evidence, the Government estimates that the trial will require at least one and at most two weeks.

      Respectfully submitted,

      JOON H. KIM
      Acting United States Attorney


     By:   /s/ Jilan J. Kamal
      Jennifer L. Beidel/Sarah Paul/
      Jilan J. Kamal
      Assistant United States Attorneys
      (212) 637-2212/2326/2192

cc:  All defense counsel (by ECF)