# SIMON & PARTNERS LLP

THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
www.simonlawyers.com

(212) 332-8900

BRADLEY D. SIMON
KENNETH C. MURPHY

FAX: (212) 332-8909

NEW YORK
WASHINGTON, D.C.
PARIS

TERRENCE JOHNSON

December 19, 2017

By ECF
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re: *United States v. Christopher Goff*
    **15 Cr. 616 (KBF)**

Dear Judge Forrest:

  We are writing to respectfully request permission for Christopher Goff to travel with his family to Arizona for the Christmas holiday from December 23 to December 28, 2017. If permitted, Mr. Goff and his family intend to stay at the Grand Canyon Railway Hotel, 235 North Grand Canyon Boulevard, in Williams, Arizona from December 23 through December 25, 2017. Thereafter, they plan to drive from that hotel to 910 East Becker Lane, Phoenix, Arizona where they will visit and stay at the home of a family member from December 25 through December 27, 2017, after which they will return home on December 28, 2017.

  I have communicated with Assistant U. S. Attorney Jennifer Beidel who informed me that the Government defers to the United States Pre-Trial Services ("USPTS") on this issue. I have spoken to Mr. Goff's Pre-Trial Services Officer, Francesca Tessier-Miller, who informs me that USPTS has no objection to our request.

  Your Honor's attention to this request is greatly appreciated.

Hon. Katherine B. Forrest
December 19, 2017
Page 2

Respectfully submitted,

Kenneth C. Murphy
Attorney for Christopher Goff

Cc:   All Counsel of Record by ECF