## SIMON & PARTNERS LLP

THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
simonlawyers.com

TEL: (212) 332-8900

FAX: (212) 332-8909

BRADLEY D. SIMON
KENNETH C. MURPHY
MICHAEL J. LEVIN

NEW YORK
WASHINGTON D.C.

J. EVAN SHAPIRO
TERRENCE JOHNSON
ROBERT GENDELMAN

COUNSEL
PAMELA B. STUART
NEAL M. SHER
GENEVIEVE SROUSSI
STEPHENIE L. BROWN
HARRIET TAMEN

January 10, 2018

By ECF
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    **Re:**  ***United States v. Christopher Goff***
       **15 Cr. 616 (KBF)**

Dear Judge Forrest:

  We are counsel to Defendant Christopher Goff ("Goff") who is scheduled to commence trial before Your Honor on January 22, 2018.

  Pursuant to the Court's Order dated August 8, 2017 (ECF No. 434) (hereafter the "August 8 Order"), the pre-trial materials, including proposed *voire dire,* proposed jury instructions, proposed stipulations, as well as witness and exhibit lists and opposition to the motions *in limine,* are all due by Friday, January 12, 2018.

  The Government and the undersigned are currently discussing the prospect of a potential resolution. As a result, I respectfully ask that the Court extend those January 12, 2018 deadlines set forth in the August 8 Order to January 15, 2018.

  I have conferred with AUSA Jennifer Beidel who informs me that the Government has no objection to this request.

So ordered.
KB.F
US DJ   1/10/18

Respectfully submitted,

Kenneth C. Murphy

Cc: All Counsel of Record by ECF