## SIMON & PARTNERS LLP

THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
www.simonlawyers.com

(212) 332-8900

BRADLEY D. SIMON
KENNETH C. MURPHY

FAX: (212) 332-8909

NEW YORK
WASHINGTON, D.C.
PARIS

TERRENCE JOHNSON

January 12, 2018

By ECF
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Christopher Goff*
**15 Cr. 616 (KBF)**

Dear Judge Forrest:

We are counsel to Defendant Christopher Goff. After consultation with the Government, we respectfully request that the Court schedule a plea hearing in lieu of a trial. Because of certain financial limitations, we ask that the Court permit that hearing to occur on January 22, 2018, which is the same date that his trial was scheduled to commence. If the Court needs any further information in that regard, of course, I will be happy to provide the same.

I have conferred with AUSAs Jennifer Beidel and Jilan Kamal who have no objection to our request for the January 22 date. We request that the matter be taken off the trial calendar.

Respectfully submitted,

Kenneth C. Murphy
Attorney for Christopher Goff

Cc: All Counsel of Record by ECF