ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :      **SUPERSEDING INFORMATION**
                                 :
        - v. -                   :      S5 15 Cr. 616 (KBF)
                                 :
CHRISTOPHER GOFF,                :
                                 :
                Defendant.       :
- - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 22 2018

### COUNT ONE

(Conspiracy to Commit Wire Fraud)

The United States Attorney charges:

1. From in or about 2011, up to and including in or about 2013, in the Southern District of New York and elsewhere, CHRISTOPHER GOFF, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343, to wit, GOFF participated in a scheme to defraud wireless cellular telephone customers by charging customers for Premium SMS services without the customers' knowledge or authorization.

2. It was a part and an object of the conspiracy that CHRISTOPHER GOFF, the defendant, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and

promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

### Overt Act

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

   a. On or about July 19, 2011, CHRISTOPHER GOFF, the defendant, sent an email to a co-conspirator not named as a defendant herein, attaching a list of cellular telephone numbers.

(Title 18, United States Code, Section 371.)

### FORFEITURE ALLEGATION AS TO COUNT ONE

4. As a result of committing the wire fraud conspiracy alleged in Count One of this Information, CHRISTOPHER GOFF, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, all property, real and personal, which constitutes or is derived from proceeds traceable to the commission of the offense alleged in Count One.

### Substitute Asset Provision

5. If any of the property described above as being

subject to forfeiture, as a result of any act or omission of CHRISTOPHER GOFF, the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

(Title 18, United States Code, Sections 981 and 982; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461.)

*Geoffrey S. Berman*
GEOFFREY S. BERMAN
United States Attorney